IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| COMMONWEALTH OF VIRGINIA<br>Ex rel. Target Corporation, | )<br>)<br>)<br>) | |
| v. | )<br>)<br>) | 1:19-cv-202 (LMB/JFA) |
| MICHAEL JOHN (STAR),<br>Defendant. | )<br>)<br>)<br>) | |

## ORDER

Although defendant was clearly advised in the Order issued on February 21, 2019 that he cannot remove his ongoing state court criminal case (GC-18002912) to federal court because all the issues he wants to raise i.e. failure to be given a <u>Miranda</u> warning can be fully addressed by the state court. Accordingly, for the reasons stated in the February 21, 2019 Order, this second Motion to Remove Case to Federal Jurisdiction [Dkt. No. 3] is DENIED, and it is hereby

ORDERED that this matter be and is remanded back to the Circuit Court for the City of Alexandria, and it is further

ORDERED that Michael John (Star) stop trying to remove the pending state prosecution to this court. Violation of this Order may result in sanctions being imposed on defendant.

The Clerk is directed to forward a copy of this Order to defendant, <u>pro se</u> and the Clerk for the Circuit Court for the City of Alexandria.

Entered this 28th day of February, 2019.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge